36933. JOHNSON *v.* CITIZENS & SOUTHERN NATIONAL BANK.

GARDNER, Presiding Judge. The Supreme Court of Georgia having reversed the judgment of this court (*Citizens & Southern Nat. Bank* v. *Johnson,* 214 *Ga.* 229, 104 S. E. 2d 123), the judgment of reversal rendered originally by this court (*Johnson* v. *Citizens & Southern Nat. Bank,* 97 *Ga. App.* 200, 102 S. E. 2d 680), is hereby vacated, and the judgment of the trial court is affirmed in conformance to the rulings and judgment of the Supreme Court.

*Judgment affirmed. Townsend and Carlisle, JJ., concur.*

DECIDED JULY 2, 1958.

*Frank C. Jones, Jones, Sparks, Benton & Cork,* for plaintiff in error.

*Smith, Field, Doremus & Ringel, Alex W. Smith,* as amicus curiae.

*William C. Turpin, Maurice C. Thomas,* contra.